IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00796-BNB

REGGIE NEIL KEYES,

    Plaintiff,

v.

SHERIFF - GERRY H[.] OYEN,
LUTENIT [sic] - MARGRET MCDONALD, and
NURSE - KEREN DONKEL,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 05 2008

GREGORY C. LANGHAM
                CLERK

---

## ORDER OF DISMISSAL

---

Plaintiff, Reggie Neil Keyes, is a prisoner in the custody of the Colorado Department of Corrections who was incarcerated at the Bent County Correctional Facility in Las Animas, Colorado, when he initiated this action by submitting to the Court *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. The Court reviewed the documents and determined they were deficient. Therefore, in an order filed on April 18, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Keyes to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

The April 18, 2008, order pointed out that Mr. Keyes failed to submit a certified copy of his trust fund account statement for the six-month period immediately proceeding this filing. The order also pointed out that the Prisoner Complaint he

submitted was missing pages five and six. The order warned Mr. Keyes that if he failed to cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and without further notice. On April 28, 2008, Mr. Keyes' copy of the April 18 order was returned to the Court in an envelope marked "RTS," "Returned to Sender," and "Not Deliverable As Addressed Unable to Forward." Mr. Keyes has failed within the time allowed to cure the designated deficiencies or otherwise to communicate with the Court in any way.

Subsection (a)(2) of 28 U.S.C. § 1915 (2006) requires submission of "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." The April 18, 2008, order and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 note this requirement. By failing to submit a copy of his trust fund account statement certified by the appropriate prison official, Mr. Keyes has failed to cure all the deficiencies listed in the April 18 order within the time allowed. The complaint and the action will be dismissed without prejudice for failure to cure the designated deficiencies as directed within the time allowed and for failure to prosecute. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed pursuant to 28 U.S.C. § 1915 is denied.

DATED at Denver, Colorado, this 5 day of June, 2008.

BY THE COURT:

*(signature)*
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-00796-BNB

Reggie N. Keyes
Prisoner No. 56804
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6/6/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk